IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA　　　§
　　　　　　　　　　　　　　　　§　　　CRIMINAL NO.
V.　　　　　　　　　　　　　　　§　　　3:25-CR-080-K (01)
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
TRACY CLARK MORGAN　　　　　§

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry

of a Plea of Guilty, the Consent of the defendant, and the Report and Recommendation

Concerning Plea of Guilty of the United States Magistrate Judge, and no objections

thereto having been filed within fourteen days of service in accordance with 28 U.S.C. §

636(b)(1), the undersigned District Judge is of the opinion that the Report and

Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it

,is hereby accepted by the Court.  Accordingly, the Court accepts the plea of guilty and

the Defendant is hereby adjudged guilty.  Sentence will be imposed in accordance with

the Court's scheduling order.

　　　　SO ORDERED.

　　　　Signed February 13th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

Page 1